March 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ARBOR WINDSOR COURT, LTD., Appellant

NO. 14-13-00480-CV                V.

WEEKLEY HOMES, LP, Appellee

—————————————————

This cause, an appeal from the judgment in favor of appellee, Weekley Homes, LP, signed May 7, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Arbor Windsor Court, Ltd., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.